**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-2470**

_____

In Re: TYRONE THOMAS,

Debtor.

_____

MARIE BAXTER,

Plaintiff - Appellee,

versus

TYRONE THOMAS,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge. (CA-96-986-A, BK-90-10983-AB)

_____

Submitted:  March 27, 1997          Decided:  April 2, 1997

_____

Before RUSSELL, LUTTIG, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Tyrone Thomas, Appellant Pro Se.  Neil David Goldman, YOUNG, GOLDMAN, & VAN BEEK, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order affirming the bankruptcy court's orders imposing monetary sanctions on Appellant for failure to comply with discovery orders and denying reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Baxter v. Thomas</u>, No. CA-96-986-A (E.D. Va. Oct. 7, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>